Marc S T Dworsky (State Bar No. 157413)
REID COLLINS & TSAI LLP
920 Camino Viejo
Montecito, CA 93108

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 507 Summit LLC,<br><br>　　　　　　　　　　　　　　Plaintiff(s)<br>　　　　v.<br>Christopher Chungyi Hsu,<br><br>　　　　　　　　　　　　　　Defendant(s). | CASE NUMBER<br><br>5:23-mc-00004<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Wang, Minyao    of    Reid Collins & Tsai LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    420 Lexington Avenue, Suite 2731
(212) 344-5200    (212) 344-5299    New York, NY 10170
*Telephone Number*    *Fax Number*
mwang@reidcollins.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

507 Summit LLC

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Dworsky, Marc S T    of    Reid Collins & Tsai LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    920 Camino Viejo
157413    (626) 429-4022    (512) 647-6129    Montecito, CA 93108
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
mdworsky@reidcollins.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

　　　　　　　　　　　　　　　　　　　　　　　　**U.S. District Judge/U.S. Magistrate Judge**