Boris Feldman, State Bar No. 128838
FRESHFIELDS BRUCKHAUS US LLP
boris.feldman@freshfields.com
855 Main Street
Redwood City, CA 94063
Telephone: (202) 777-4500

Linda Martin (*pro hac vice* pending)
FRESHFIELDS US LLP
601 Lexington Avenue
New York, New York, 10022
Telephone: (212) 277-4000

*Attorneys for Intervenor 51job, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Application of 507 Summit LLC, <br><br><br> Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery for Use in a Foreign Proceeding. | Case No. 5:23-mc-00004-JGB-KK <br><br> **ORDER GRANTING INTERVENOR 51JOB, INC.'S REQUEST FOR RELIEF FROM LOCAL RULE 83-2.1.3.4(2)** |

Having reviewed 51Job, Inc.'s Request for Relief from L.R. 83-2.1.3.4(2)'s requirement that pro hac vice counsel designate local counsel with an office in this District and good cause appearing, IT IS SO ORDERED that 51Job, Inc.'s counsel from Freshfields US LLP ("Freshfields") that desires to appear pro hac vice in this matter are permitted to designate Boris Feldman of Freshfields' Redwood City office as local counsel.

Dated:  November 24, 2025

The Honorable Jesus G. Bernal

- 1 -

ORDER GRANTING  INTERVENOR 51JOB, INC.'S REQUEST FOR RELIEF FROM LOCAL RULE 83- 2.1.3.4(2)
5:23-mc-00004-JGB-KK